IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| WAKEEL ABDUL-SABUR,<br>    Petitioner, | Civil Action No. 7:15-cv-00232 |
| v. | **ORDER** |
| HAROLD CLARKE,<br>    Respondent. | By:  Hon. Michael F. Urbanski<br>       United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is now

**ORDERED**

that the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED without prejudice** as successive; a certificate of appealability is **DENIED**; and this action is **STRICKEN** from the active docket of the court.

The Clerk shall send a copy of this Order and the accompanying Memorandum Opinion to Petitioner.

Entered: June 15, 2015

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge